JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CHEN, ) | CV 07-07996-MMM(AGRx) |
| ) | |
| Plaintiff(s), ) | ORDER OF DISMISSAL FOR |
| ) | LACK OF PROSECUTION |
| vs ) | |
| ) | (Pursuant to Local Rule 41) |
| CITY OF LOS ANGELES, ) | |
| ) | |
| Defendant(s). ) | |

On August 11, 2008, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than August 20, 2008.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: August 27, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE